IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
APR 03 2017
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–35–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL WAYNE POWELL, | |
| Defendant. | |

During the sentencing hearing on March 23, 2017 in the consolidated case CR 16–34–M–DLC, the United States moved to dismiss the indictment in this case with prejudice.

Accordingly, IT IS ORDERED that the United States's motion to dismiss the indictment without prejudice is GRANTED. The indictment in CR 16–35–M–DLC is DISMISSED WITH PREJUDICE, and this case shall be closed.

DATED this 3rd day of April, 2017.

Dana L. Christensen, Chief Judge
United States District Court